No. 97–1959. Dow Jones & Co., Inc., et al. v. Clinton, President of the United States, et al. C. A. D. C. Cir. Certiorari denied.

No. 97–1960. Lafayette Federal Credit Union et al. v. National Credit Union Administration et al. C. A. 4th Cir. Certiorari denied.

No. 97–1961. Castellano et al. v. City of New York et al. C. A. 2d Cir. Certiorari denied.

No. 97–1962. Southlake Property Associates, Ltd. v. City of Morrow. C. A. 11th Cir. Certiorari denied.

No. 97–1963. Conerly v. Henderson, Postmaster General, et al. C. A. 9th Cir. Certiorari denied.

No. 97–1964. Conrad, Legal Representative of Conrad, Deceased v. Secretary of Health and Human Services. C. A. Fed. Cir. Certiorari denied.

No. 97–1965. Olmos-Flores v. United States. C. A. 9th Cir. Certiorari denied.

No. 97–1966. Baxter et al. v. Reed et al. C. A. 6th Cir. Certiorari denied.

No. 97–1967. Bratton v. Pennsylvania. Super. Ct. Pa. Certiorari denied.

No. 97–1968. Baldwin v. Massachusetts. Sup. Jud. Ct. Mass. Certiorari denied.

No. 97–1970. Mills v. United States. C. A. 6th Cir. Certiorari denied.